UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT ALAN SHEFFER,<br>  Plaintiff,<br><br>v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br>  Defendant. | No. 1:19-cv-804<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 18), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  January 15, 2021            /s/ Paul L. Maloney
                        Paul L. Maloney
                        United States District Judge